**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Marlyce K. Kemnitz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DISPOSITIVE** |
| | ) | **MOTION DEADLINES** |
| vs. | ) | |
| | ) | |
| Jo Anne B. Barnhart, | ) | Case No. 1:05-cv-125 |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The court **ORDERS** that the parties shall have sixty (60) days from the date of this Order to file dispositive motions with supporting briefs. The court further **ORDERS** that the parties shall have thirty (30) days from the filing of said motions in which to respond in opposition. In the event no dispositive motions are filed, the court will proceed in deciding this case on the record.

Dated this 6th day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge